UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NUMBER: 3:04-CR-0119(01)RM |
| | ) | |
| BRENT DARNELL | ) | |

### FINAL ORDER OF FORFEITURE

This matter having coming before the Court upon motion by the United States of America for the entry of a Final Order of Forfeiture:

WHEREAS, on March 3, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant Brent Darnell, to forfeit the following property described below:

Item Q-1:   E-Machines computer; Model No. W2260;

   Serial No. CBM 32E0006852

   and all attached peripherals, including but not limited to, any monitors, printers, scanners, digital cameras, digital camcorders, web cameras, etc.

Item Q-2:   Aiptex digital Pen Camera

Item Q-3:   1-diskette, 6 compact discs

Item Q-4:   8- diskettes, 2 compact discs

Item Q-5:   25 diskettes

Item Q-6:   22 diskettes, 4 compact discs

Item Q-7:   73 diskettes, 6 compact discs

Dockets.Justia.com

WHEREAS, the United States caused to be published in The Wabash Plain Dealer, 123 W. Canal Street, Wabash, Indiana, 46992, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

a) Any interest in:

| | |
|---|---|
| Item Q-1: | E-Machines computer; Model No. W2260; Serial No. CBM 32E0006852 and all attached peripherals, including but not limited to, any monitors, printers, scanners, digital cameras, digital camcorders, web cameras, etc. |
| Item Q-2: | Aiptex digital Pen Camera |
| Item Q-3: | 1-diskette, 6 compact discs |
| Item Q-4: | 8- diskettes, 2 compact discs |
| Item Q-5: | 25 diskettes |
| Item Q-6: | 22 diskettes, 4 compact discs |
| Item Q-7: | 73 diskettes, 6 compact discs |

are hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, 204 South Main Street, Room M01, South Bend, Indiana, 46601, Attention: Assistant U.S. Attorney, Lesley J. Miller Lowery.

SO ORDERED:


Dated   July 20, 2005



/s/ Robert L. Miller, Jr.
CHIEF JUDGE
UNITED STATES DISTRICT COURT